**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KIEANNA BROOKS,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| **v.** | )  Case No. 2:17-CV-02431-KHV-GEB |
| | ) |
| **UNIVERSITY OF KANSAS HOSPITAL AUTHORITY,** | ) |
| | ) |
|       **Defendant.** | ) |

## CERTIFICATE OF SERVICE

Defendant the University of Kansas Hospital Authority, by and through its undersigned counsel certifies that Defendant's Rule 26 Disclosures were served by email on October 10, 2017 to Joshua P. Wunderlich, Esq. and Megan L. Stiles, Esq., Cornerstone Law Firm, 8350 N. St. Clair Ave., Suite 225, Kansas City, Missouri 64151, j.wunderlich@cornerstonefirm.com and m.stiles@cornerstonefirm.com, Attorneys of record for Plaintiff.

                Respectfully submitted,

                POLSINELLI PC

                By: */s/ Lynn G. Trevino-Legler*
                    ERIC E. PACKEL (KS #23070)
                    LYNN G. TREVINO-LEGLER (KS #23970)
                    HENRY J. THOMAS (KS #26246)
                    900 W. 48th Place, Suite 900
                    Kansas City, MO 64112
                    (816) 753-1000
                    Fax No: (816) 753-1536
                    epackel@polsinelli.com
                    ltrevinolegler@polsinelli.com
                    hthomas@polsinelli.com

                ATTORNEYS FOR DEFENDANT
                UNIVERSITY OF KANSAS HOSPITAL
                AUTHORITY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of October, 2017, the foregoing documents was electronically filed with the Clerk of the Court by using the Court's ECF System, which will send a notice of electronic filing constituting service to the following:

Joshua P. Wunderlich, Esq.
Megan L. Stiles, Esq.
CORNERSTONE LAW FIRM
8350 N. St. Clair Ave., Suite 225
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889
j.wunderlich@cornerstonefirm.com
m.stiles@cornerstonefirm.com

ATTORNEYS FOR PLAINTIFF

*/s/ Lynn G. Trevino-Legler*

60681385.1