**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS**

| | |
|---|---|
| **KIEANNA BROOKS,** )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**UNIVERSITY OF KANSAS HOSPITAL** )<br>**AUTHORITY,** )<br>    Defendant. ) | Case No.: 2:17-cv-02431-CM-GEB |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of October, 2017, a true and correct copy of the *Plaintiff's Initial Rule 26(a)(1) Disclosures* was served via electronic mail to the following counsel of record:

Eric Packel, epackel@polsinelli.com
Lynn Trevino-Legler, ltrevinolegler@polsinelli.com
Henry Thomas, hthomas@polsinelli.com
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112

**ATTORNEY FOR DEFENDANT**

        Respectfully Submitted,

        CORNERSTONE LAW FIRM

    By: /s/ Megan L. Stiles
        Joshua P. Wunderlich D. Kan. #78506
        j.wunderlich@cornerstonefirm.com
        Megan L. Stiles   D. Kan. #78642
        m.stiles@cornerstonefirm.com
        8350 N. St. Clair Ave. Suite 225
        Kansas City, Missouri 64151
        Telephone   (816) 581-4040
        Facsimile   (816) 741-8889

        **ATTORNEYS FOR PLAINTIFF**